## SMITH v GULF REFINING CO

Ohio Appeals, 8th Dist, Cuyahoga Co

No 15076. Decided March 2, 1936

418

Andres, Hadden & Burton, Cleveland, and Carl Mintz, Cleveland, for plaintiff in error.

Howell, Roberts & Duncan, Cleveland, for defendant in error.

**OPINION**

By LEVINE, J.

We are quite in accord with the statement of counsel for defendant in error that the theory of holding over is never permitted to operate against the clear intention of the parties to the contrary. We do not find from the record any such agreement to the contrary. The most that we find is that there was a request to that effect by a representative of the Refining Company, but such request was never acted upon.

When the Refining Company held over as it did beyond the life of the lease it became bound to the terms of the old lease. If the situation were reversed so that the Refining Company insisted on remaining an entire year dating from December 1, 1933, but plaintiff in error refused to acquiesce in such demand, we would hold that the position of plaintiff in error was untenable, after allowing the defendant in error to hold over beyond the term of the lease.

The parties became bound by the terms of the original lease to such an extent as if a new lease were executed embracing the same terms and covering one year from December 1, 1933.

The judgment is ordered reversed as contrary to law and the cause remanded for proceedings according to law, and in accordance with this opinion.

TERRELL, J, concurs.
LIEGHLEY, PJ, dissents.